In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-061 CV


____________________



UNION CARBIDE, ET AL., Appellants



V.



 JACK LOFTIN, ET AL., Appellees






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause Nos. A-070037-C; AC; BC; CC; DC; EC 






MEMORANDUM OPINION


 Bayer Corporation filed a motion to dismiss its appeal. Bayer Corporation is one of
multiple appellants in this accelerated appeal from a series of orders denying motions to
transfer venue. The motion is voluntarily made by Bayer Corporation prior to any decision
of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). Other parties also filed
notices of appeal. No party filed an objection to the motion to dismiss filed by Bayer
Corporation. The motion to dismiss is granted and the appeal of Bayer Corporation is
dismissed. The appeal shall continue as to all other parties that timely filed notices of appeal.

 APPEAL DISMISSED.


 PER CURIAM

 


Opinion Delivered April 3, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.